UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAXIMILIANO SILEONI,<br><br>    Plaintiff,<br><br>vs.<br><br>ISCI PARALEGAL,<br><br>    Defendant. | Case No. 1:20-cv-00501-BLW<br><br>**SUCCESSIVE REVIEW ORDER** |

The prisoner civil rights claims of Plaintiff Maximiliano Sileoni in this action were severed from Case No. 1:20-cv-00508-BLW for the reason that the original Complaint containing multiple unrelated claims violating Federal Rule of Civil Procedure 20. On November 18, 2020, the Court directed Plaintiff to file an amended complaint within 30 days if he desired to proceed with his access to courts claims against the "ISCI paralegal." Dkt. 7. Plaintiff was provided with the standard of law for asserting an access to courts claim. *Id*. Plaintiff was warned that failure to file an amended complaint would result in dismissal of this action for failure to state a claim upon which relief can be granted, without further notice to Plaintiff. *See id*.

Plaintiff has not filed an amended complaint in this action. Accordingly, **IT IS ORDERED** that this entire action is DISMISSED for failure to state a claim upon which relief can be granted.

**SUCCESSIVE REVIEW ORDER - 1**

DATED: April 20, 2021

B. Lynn Winmill
U.S. District Court Judge

SUCCESSIVE REVIEW ORDER - 2